EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
14401 Sylvan Street, Suite 112
Van Nuys, CA  91401
Phone/ Fax: (818) 781-1570/5033
Email: alan@egattorneys.com

Attorney for Defendant
JAMES ROLAND JONES

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>JAMES ROLAND JONES,<br><br>           Defendant. | Case No.: CR 21-33-KKM-JSS<br><br>DEFENDANT'S SENTENCING POSITION; Exhibits<br><br>Date: October 15, 2021<br>Time: 9:00 a.m.<br><br>Before the Honorable Judge<br>Kathryn K. Mizelle |

Defendant James Roland Jones, by and through his attorney of record, Alan Eisner, hereby respectfully submits his sentencing position.

Respectfully submitted,

EISNER GORIN LLP

Dated: October 4, 2021           *Alan Eisner*

ALAN EISNER
Attorney for Defendant
JAMES ROLAND JONES

1

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

> "I made numerous very poor decisions, and I feel ashamed of myself for who I was when this occurred. This ordeal has caused me to stop and reflect on who I am as a person, how I treat the people around me, and the impact I want to leave on this world, and my community. I want you to know that I have grown and matured from this life-lesson, and I ask that you consider my apology when considering my sentence."

(Exhibit A – Defendant's Letter to the Court at 1.)

The words of Defendant James Jones, taken from his letter to the Court, demonstrate his sincere and unreserved acceptance of responsibility and deep remorse for his unlawful conduct. Defendant comes before the Court for sentencing having been convicted of his first criminal offense, a non-violent securities violation. His conduct deserves the sanction of a criminal conviction and strict terms of supervised release. However, Defendant respectfully submits that a custodial sentence is unwarranted given his complete lack of prior criminal history, his early acceptance of responsibility, and other mitigating factors, such as the substantial collateral consequences he has already suffered because of the public disclosure of his case and the identity of his employer – for whom he started working well after the conduct at issue had ceased – in a press release. Accordingly, Defendant will urge the Court to impose a three-year term of supervised release which includes reasonable conditions including extensive community service.

### II. THE ADVISORY GUIDELINES RANGE

Defendant concurs with the guideline calculations contained in the Presentence Investigation Report. ("PSR", Doc. 25).[1] The calculated Offense Level of 13, at Criminal History I, results in an advisory guideline range of 12-18 months in Zone C.

---

[1] Defendant withdraws his earlier filed objections to the PSR, contained in Doc. 24.

### III.  AN APPLICATION OF 18 U.S.C. § 3553(a) FACTORS SUPPORTS A DOWNWARD VARIANCE

The overriding mandate of § 3553(a) requires district courts to impose a sentence which is "sufficient, but not greater than necessary," to comply with the four purposes of sentencing set forth in § 3553(a)(2), which are: (a) retribution (to reflect seriousness of the offense, to promote respect for the law, and to provide "just punishment."); (b) deterrence; (c) incapacitation ("to protect the public from further crimes"); and (d) rehabilitation ("to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment").  In fulfilling this mandate, courts should not give the Guidelines more weight than any other relevant factor.  See *United States v. Carty*, 520 F.3d 987, 991 (9th Cir. 2008) (en banc).  Additionally, the court "may not presume that the Guidelines range is reasonable."  *Peugh v. United States*, 133 S.Ct. 2072, 2080 (2013) (citation omitted).

These admonitions recognize "the principle that the punishment should fit the offender and not merely the crime." *Pepper v. United States*, 131 S.Ct. 1229, 1240 (2011).  Accordingly, as "information . . . concerning the defendant's life and characteristics" is "[h]ighly relevant – if not essential – to [the] selection of an appropriate sentence," *Pepper*, *supra*, the court must consider the history and characteristics of the defendant.  18 U.S.C. §§ 3553(a)(1).

Defendant is a 33-year-old engineer with no prior criminal history.  He was born in Indiana into a middle-class home where he lived with his parents and two younger sisters.  Defendant maintains a strong relationship with his family, who have supported him emotionally during the pendency of this case.  Defendant graduated from Cardinal Riddler High School in Indianapolis before earning his undergraduate degree from Rose-Hulman Institute of Technology in Terre Haute, Indiana.  He earned a B.S. in Mechanical Engineering.  From there, Defendant earned his Master's Degree in Business Administration with a focuses in Supply Chain Management and International Business from the University of Indiana in 2013. (PSR ¶¶ 49, 63-66.)

From 2008 to 2017, Defendant was employed full-time by Rolls-Royce in Indianapolis. He worked on development programs for the United States Air Force including top secret programs. He continued working with Rolls-Royce until obtaining employment with Space X in 2018. In that capacity, Defendant worked on the rocket engines which will likely propel a Space X rocket to Mars in the near future. As recited in the presentence report, Defendant's offense conduct occurred almost exclusively between late-2016 and mid-2017, before he began work at Space X. The conduct at issue certainly did not involve Space X in any way.

Nevertheless, on March 18, 2021, a press release was published titled, "Space X Engineer Pleads Guilty to Insider Trading." (Available at https://www.justice.gov/usao-mdfl/pr/spacex-engineer-pleads-guilty-insider-trading, accessed September 30, 2021.) As of this writing, the press release is still publicly available and easily accessible by a Google search. Upon learning of the press release, Space X terminated Defendant for misconduct, effectively ending his otherwise spotless engineering career. (PSR ¶57.) Defendant is presently unemployed and supporting himself in substantial part through savings and family support.

The Government is, of course, at liberty to publish anything they wish about a pending case provided it is not libelous. It is difficult, however, to escape the conclusion that the gratuitous description of Defendant as "Space X Engineer," in the press release, when his employment was wholly unrelated to the case and in fact began after the offense conduct, was simply designed to create a splashier headline. That decision, almost certainly premised on a desire for greater publicity for the Department of Justice, exacted a tremendous collateral consequence on Defendant. In fashioning a sentence which is adequate, but not greater than necessary, to accomplish the goals of sentencing, the Court can properly consider this collateral consequence to which Defendant has already been subjected.

If granted supervised release, Defendant would continue to enjoy the strong support of his family and friends, whose letters of support are collectively attached as

Exhibit B.  Defendant's mother, MaCharri Vorndran-Jones, describes her son as a "respectful, honest, and generous amazing young man."  She notes the academic commitment which led her son to earn a postgraduate degree and a position at the highest levels of the engineering field.  She relates to the Court her sincere belief that Defendant's conduct in this case is aberrational and unrepresentative of his strong moral character.  Defendant's father, Tony Jones, recalls his son's interest in tinkering with and fixing things even from a very early age.  He relates his son's dedication to the family, recalling how Defendant comforted his grandmother, herself suffering from Alzheimer's, on the night Defendant's grandfather passed away from lung cancer.  Defendant's strong family support will ensure his success while on supervised release and further recommends the propriety of a non-custodial sentence.

## IV.  CONCLUSION

For the foregoing reasons, Defendant requests the imposition of a sentence of three years supervised release with reasonable conditions including extensive ommunity service. Such a sentence reasonable, yet not greater than necessary to achieve the purposes of sentencing in this case.

Respectfully submitted,

EISNER GORIN LLP

Dated: October 4, 2021

*Alan Eisner*
_____
ALAN EISNER
Attorney for Defendant
JAMES ROLAND JONES

# Exhibit A

To the Honorable Judge Julie S. Sneed,

My name is James Roland Jones, and I'm writing you in regards to my federal case of conspiracy to commit securities fraud from 2017.  I want to first acknowledge that what I did was wrong, and unacceptable behavior, and that I'm truly sorry for the people I hurt from my actions.  I made numerous very poor decisions, and I feel ashamed of myself for who I was when this occurred.  This ordeal has caused me to stop and reflect on who I am as a person, how I treat the people around me, and the impact I want to leave on this world, and my community.  I want you to know that I have grown and matured from this life-lesson, and I ask that you consider my apology when considering my sentence.

I am not a person known among my friends, or community, for committing crimes, or acting in the way I acted in 2017 when this occurred.  Before I was caught trying to make money from trading stocks and manipulating people on the dark web, I had never been arrested, or even had a detention in school.  Outside of this case, I am a law abiding citizen who respects authority, and truly want to make humanity and my community better.  The people around me were shocked to hear I was involved in such a scheme, because it's completely separated from my normal character.

Before my case was made public, I was a Propulsion Engineer, working at SpaceX for the last 3 years (since 2018).  I've helped develop, design, and solve problems for the rocket that will take humanity to Mars.  Solving complex technical problems is a passion that drives me, and over the last 3 years, I have worked many 80 hour weeks, and even some 100 hour weeks, in order to solve problems humanity has never faced before in the rocket industry.  I have started to transition this passion to my own engineering business, to maintain my contributions to humanity. I pour my heart into my work, and truly feel it's something that will pay dividends to human-kind when I die.

Before becoming a Propulsion Engineer at SpaceX, I worked on jet engine development for the Air Force at Rolls-Royce in Indianapolis.  I received my Bachelor's degree in Mechanical Engineering in 2010, and my Master's in Business Administration in 2013.  Before this, I achieved my Eagle Scout award after being a Boy Scout for 11 years.  This taught me the importance of giving back to my community, and how to be a kind person to others.  I would perform community service projects for the local parks, feed the homeless, and support can-food drives to feed the hungry.  This has translated into my adult life; and I make it a priority to support cleaning the beaches, donating to charities like St Jude's Children's Hospital, and feeding the homeless with the extra water bottles and granola bars in my car.

I also put immense value on my family, and being a supporting son and big brother.  My two younger sisters look up to me, and telling them about this whole situation will be one of the most painful scars once it's finished.  It forced me to swallow my pride, and show them an ugly side of who I was.  I'm the son who helped my mom cook Easter dinner for the family to eat in the hospital room, while my father battled kidney failure.  I was the shoulder my grandmother cried into when my grandfather passed away in 2016. I want to regain the respect of my family, and ensure I never give them a reason to think poorly of me again.  I look forward to starting my own family one day, and setting an example for my own kids, and show them the same love my parents gave to me.

My crime of conspiracy to commit to securities fraud is inexcusable, and I want to ensure I pay my debt to society.  I want to make things right, and I want to move past this dark period in my life.  I have grown from this experience, and gained a fresh perspective on how to treat people better, and make sure I

leave a positive impact on the world. I am truly sorry for what I did, and I ask that you please consider this as you review my punishment and sentencing.

Thank you,

James Roland Jones
September 30, 2021

# Exhibit B

November 22, 2020


The Honorable Julie S. Sneed
United States District Judge


Regarding: *United States v Jones*

Dear Judge Sneed:

James Jones is my first-born child, my only son.  James and I have treasured our wonderful relationship his entire life.  Our family cherishes every moment we have with James beginning even before he was born.  We continue to feel blessed to have such an amazing, thoughtful, kind son.  James epitomizes the all-American boy maturing from a sweet small-town boy to a respectful, honest, and generous amazing young man.

James genuinely cares about other people.  As a fairly young boy, he enthusiastically helped us gather clothing and food for the needy every holiday, he personally delivered care items and food to homeless people in Indianapolis, regularly volunteered and participated at our church, continuing to serve others through his high school years.  James achieved the status of Eagle Scout through his service and leadership in the boy scout program.  Fairly recently, James sent a note that he was helping with science day with other SpaceX employees.  James continues to serve his community.

James demonstrated leadership and integrity as co-captain of the varsity boy's tennis team, and a leader on the high school varsity swim team.  James embraced the high school experience, earning varsity letters each year competing on the tennis and swimming teams.  James excelled through relentless practice making the Indianapolis all-city swim team, and All Conference tennis doubles.  James was a National Honor Society member, almost always earning honor roll through out his education.

James demonstrated academic commitment as he earned his Bachelor of Science degree in mechanical engineering from the rigorous program at Rose Hulman School of Engineering in Indiana.  James accepted an engineering position at Rolls Royce in Indianapolis supporting aerospace engine development.  James earned his Master of Business Administration by attending the night program at University of Indianapolis.  James and a colleague developed their own recipe for vodka, created their own business, and marketed their micro-distilled product, Mogul vodka.  Two years ago we were so proud to learn that James accepted an engineering job with SpaceX in Los Angeles, California.  James immediately thrived working on SpaceX projects enabling travel to Mars and the moon.  James continues to excel at SpaceX, earning corporate recognition for his contributions toward SpaceX rocket engine development.

James is loved by his entire family, and extended family.  James is exceptionally considerate, always sending cards and gifts for family member birthdays, Christmas, Easter, Mother's Day, and Father's Day.  I recall the summer when James was only about 13 years old and he rode his bicycle over four miles to a

store so he could buy me a book for my birthday gift.  James calls us almost every week, and he manages to be home for every important event.  James puts family relationships above his own interests.  James went on regular fishing trips with his Dad and Grandpa, when Grandpa was still alive, despite not really caring about fishing.  We all fondly treasure the stories from their adventures.  When James lived in Indianapolis, he often helped us with projects at our mini-farm and regularly joined us for lunch.  James came immediately to support us when his Grandpa was actively dying in hospice.  James came to the hospital every day to support and pray with me when his Dad had an extended hospitalization including a near death experience in 2018.  James is crucial for our family well-being.

I sincerely believe that James is a good person, and this situation is truly an aberration that will never be repeated.  James is my only son.  He is a loving son, brother, grandson, and conscientious citizen.

Thank you, Your Honor, for taking my thoughts into consideration as you deliberate James' sentence.  I am pleased to offer my support to James in any way that may be helpful or necessary.

Sincerely,
MaCharri Vorndran-Jones

May 19, 2021

Dear Judge:

My name is Tony Jones, the father of James Jones, whose case you are presiding over. I am writing to provide you with an impression of the James that I know as a loving son, brother, and grandson.

From a young age, James was always eager to dig into the details of how things worked, and maybe find a way to make them work better. I used to remove the batteries from his noisy toys when they became too annoying. But he quickly figured out what was happening and would search for new batteries to fix that toy. I believe it was this type of analytical attention to how things work that led him to his career as a mechanical engineer. His eagerness to make things better also drove his entrepreneurial spirit to start a successful vodka distillery business with a friend. Their vodka was very popular at some of the best upscale restaurants around Indianapolis, and across the state of Indiana. I believe James was the create partner that pushed for the unique taste of their vodka, as well as the force behind their marketing efforts. He has always been very outgoing and not afraid to strike up a conversation with strangers. I think this is how connected with members of the Indy Racing League, and eventually became friends with several of the Indy Car drivers. They would often call and invite him to special events and birthday parties when they were in Indianapolis.

James has always been very devoted to family matters as well. He was a huge help when his grandfather was dying from Stage-4 lung cancer. On that final night, James was with all of us at the bedside comforting his grandmother, who happens to be suffering from Alzheimer's. James is the one who can always keep her calm and get her to do the things she needs to do without confrontation. His mother calls him "the Nana Whisperer", because he can get Nana to do things, like eat, while the rest of us end up in an argument with her over the same things. He always makes time to go and visit her in the Assisted Living facility when he comes home for a visit. And he is the one grandchild she always recognizes.

Thank you for taking time to read my letter regarding James. I hope this offers you a better view of who he truly is at heart. He always has been, and will continue to be loved as the wonderful son, brother, and grandson that he is.

Sincerely,

Tony Jones

# Anthony M. Joseph

5937 Weldra Drive• Zionsville, IN 46077• Phone: (317) 989-9853
E-Mail: josepha225@gmail.com

May 12, 2021

Dear Judge:

I met James in 2007, while he was attending Rose-Hulman Institue of Technology. He was the roommate of my best friend at the time. After only a couple of years knowing James, he quickly became my closest friend. Throughout our current 14-year friendship, we have been colleagues at Rolls-Royce (2011-2012), classmates at the University of Indianapolis while we completed our Masters' in Business Administration, and even business partners for 5 years until he moved from Indiana to California to pursue a career at SpaceX in 2018.

I am writing this letter to express my support for James. Despite the trouble he has found himself in, James continues to be among the people that I trust and respect the most. Prior to meeting James' he obtained an Eagle Scout rank from the Boy Scout's of America. His loyalty, dedication, and care for the environment persisted into adulthood, where he encouraged us as business partners to volunteer together for a local non-profit, Keep Indianapolis Beautiful, where we loaded, moved, and planted trees around our city. As founders of one of Indiana's first licensed distilleries, James and I were at the forefront of the craft distillery industry in Indiana. As a self-less leader, James took it upon himself to take a leadership role in founding the Indiana Distiller's Guild to lobby for regulation changes to lower the barrier of entry (despite having already overcome the hurdles personally) to encourage the industry to continue to grow and pave the way for success for future local craft distilleries.

James was an exceptional business partner. Given that we both had no previous experience as business owners, I relied heavily on his ability to set thoughtful short- and long-term goals to provide our business direction. As well as his determination and leadership to ensure that we worked towards achieving those goals. Our business together concluded a few months after James accepted a position at SpaceX. His excitement and passion for SpaceX and their mission was immediately obvious. It is very saddening to me to see that he lost that position as a result of this case. I know there will be significant obstacles he will continue to face that must be overcome to find meaningful work in the future, but if the opportunity arose – I would without question be willing to partner with him again on future business endeavors.

I know your time is valuable, and I want to personally thank you, Your Honor, for your willingness to learn a little more about James from someone that has had the great pleasure of getting to know him so well.  It is my hope that the court takes this letter into consideration at the time of sentencing.

If you have any additional questions, or would like to discuss any information about James further, please do not hesitate to call my cellphone at (317) 989-9853, or send me an email at josepha225@gmail.com

Sincerely,


Anthony M. Joseph